BURRELL v. COLES.

(City Court of New York, General Term. November 18, 1898.)

PLEADING—CHARGE OF LICENTIOUS CONDUCT—BILL OF PARTICULARS.

Where an answer charging plaintiff with improper and licentious con-
duct is denied, it is proper to require a bill of particulars to specify all
the details on which defendant expects to rely to prove the improper con-
duct.

Appeal from special term.

Action by Blanche A. Burrell against William F. Coles. From
an order requiring defendant to file a bill of particulars, defendant
appeals. Affirmed.

Argued before FITZSIMONS, C. J., and CONLAN and O'DWYER,
JJ.

B. W. Moore, for appellant.
P. S. Jones, for respondent.

PER CURIAM. The charge made by the defendant that the plain-
tiff was guilty of improper and licentious conduct, as alleged in his
answer, is certainly a very serious one, and, in view of the plaintiff's
denial, we think that the defendant should in his bill of particulars
specify all the details upon which he relies, and hopes to produce upon
the trial, for the purpose of proving the improper conduct. We
think that the general charge made by him is not sufficient, without
such details, to enable plaintiff, upon the trial, to deny in every in-
stance such alleged misconduct, if possible.

The order, in our judgment, was a proper and reasonable one, and
must be affirmed, with costs.